THE STATE EX REL. NEWELL, APPELLANT, *v.* LANKARD
MATERIALS LABORATORY, INC.; INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Newell v. Lankard Materials Laboratory, Inc.,* 98 Ohio St.3d 289, 2003-Ohio-738.]

(No. 2002–0495—Submitted January 7, 2003—Decided March 5, 2003.)

---

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

---

Jeffrey K. Newell, pro se.

Jim Petro, Attorney General, and Keith D. Blosser, Assistant Attorney General, for appellee.